UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 09cr0371-JLS |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER AND JUDGMENT TO DISMISS INDICTMENT |
| MAURICIO MENDEZ (1), | ) ) | |
| Defendant. | ) ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case is dismissed without prejudice as to defendant Mauricio Mendez.

IT IS SO ORDERED.

DATED: September 16, 2010

_Janis L. Sammartino_
Honorable Janis L. Sammartino
United States District Judge